NIEMEYER, Circuit Judge,
dissenting.
Because the losses sustained in this case by NMS Services, Inc. involved damage to its computer programs and data and were the product of a scheme by one of its disgruntled employees who was intent on causing NMS Services, Inc. harm, the losses were not, in my judgment, covered by the policy of insurance issued by The Hartford Fire Insurance Company to NMS Services. That policy included a specific endorsement addressing coverage for “computers and media” which indicated that coverage under the policy for losses involving computers must be provided under the endorsement. That endorsement provides that it “modifies” the underlying policy by adding coverages and exclusions. One of the additional exclusions added by the endorsement excludes coverage of any loss “caused by or resulting from [the] dishonest or criminal acts by ... any of your ... employees ... or anyone to *516 whom you entrust the property.” Because I believe this exclusion is applicable, I would affirm the judgment of the district court.